MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for SAMUEL SCOTT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:17-cr-162 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO RESET STATUS CONFERENCE |
| | ) |
| CHRISTPHER GONZALES, | ) Requested date: 12-14-2017 |
| JAKE JINES, | ) Time: 9:30 a.m. |
| SAMUEL SCOTT, | ) Judge: Hon. Troy L. Nunley |
| Defendants. | ) |

It is hereby stipulated between the parties, James Conolly, Assistant United States Attorneys, Assistant Federal Defender Timothy Zindel, attorney for defendant CHRISTOPHER GONZALES, Olaf Hedberg, attorney for defendant JAKE JINES and Michael D. Long, attorney for defendant SAMUEL SCOTT, that the status conference set for October 26, 2017, at 9:30 a.m. should be vacated and re-set for December 14, 2017, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. The government has provided 179 pages of discovery thus far and will soon provide a number of CDs and DVDs of information. All attorneys continue to read and view the discovery and meet with their respective clients. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

-1-

All parties are available to appear in this case on December 14, 2017.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through October 26, 2017.

All parties request the date of December 14, 2017, for the status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 26, 2017 to December 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 20, 2017                         Respectfully submitted,

                                                /s/ Michael D. Long
                                                MICHAEL D. LONG
                                                Attorney for Samuel Scott

                                                /s/ Timothy Zindel
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for Christopher Gonzales

                                                /s/ Olaf Hedberg
                                                OLAF HEDBERG
                                                Attorney for Jake Jines

Dated: October 20, 2017

PHIL TALBERT
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant U.S. Attorney

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for December 14, 2017, at 9:30 a.m., before District Court Judge Troy L. Nunley.

Time is excluded through the new hearing date of December 14, 2017.

Dated: October 23, 2017

Troy L. Nunley
United States District Judge