HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
CHRISTOPHER GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GONZALES,<br><br>Defendant. | Case No. 2:17-CR-0162 TLN<br><br>**STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS**<br><br>JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by plaintiff, United States of America, and defendant Christpher Gonzales that the special conditions of pretrial release ordered on August 28, 2017, (doc. 24) may be modified as follows: in special condition 10, the words "You must refrain from <u>ANY</u> use of alcohol" are hereby replaced with "You shall refrain from *excessive use* of alcohol." The remainder of the condition is unaffected by this change.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Pretrial Services Officer Daryl Walker contacted the parties on January 13, 2020, to request this modification in light of Mr. Gonzales's compliance with release conditions.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  January 27, 2020                    /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for Christopher Gonzales

                                            McGREGOR SCOTT
                                            United States Attorney

Dated:  January 27, 2020                    /s/ T. Zindel for J. Conolly
                                            JAMES CONOLLY
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

Special condition 10 of pretrial supervision is modified as set forth above.

IT IS SO ORDERED.

Dated:   January 27, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE